UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

PICCARD PETS SUPPLIES, CORP.,

Debtor.
_____/

Case No. 3:24-bk-02434-JAB
Chapter 11

## MOTION TO ALLOW DEBTOR TO APPEAR BY ZOOM

Piccard Pets Supplies, Corp., the Debtor in the above-captioned bankruptcy case (the "Debtor"), by and through its undersigned counsel, hereby files this Motion to Allow Witness to Appear by Zoom, and as grounds in support, states as follows:

1. On August 15, 2024, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.

2. This matter is currently set for Preliminary Hearings on Debtor's Emergency Motion to Use Cash Collateral and Emergency Application to Set Officers' Salary on August 22, 2024 at 11:00am (collectively the "Hearings").

3. Debtors' principal, Marlon E. Martinez will be out of the country and is unable to travel back to Jacksonville to attend Hearings in person.

4. No party will be prejudiced by this request.

WHEREFORE, the Debtor requests that this Court enter an Order allowing Debtor to appear at the Confirmation via Zoom and for all other relief as is deemed appropriate.

Dated: August 19, 2024

/s/ Thomas C. Adam
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
2258 Riverside Avenue
Jacksonville, FL 32204
(904) 329-7249 telephone
(904) 606 -1245 facsimile
tadam@adamlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the ***Motion to Allow Debtor to Appear by Zoom*** was served by electronic transmission upon all parties having entered an appearance in this case on this 19th day of August, 2024.

                                                */s/ Thomas C. Adam*
                                                Thomas C. Adam